IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

BYRON KEITH GREATHOUSE,      )
                              )
        Petitioner,           )
                              )
    v.                        )      CIVIL ACTION NO. 3:05cv302-MHT
                              )               (WO)
UNITED STATES OF AMERICA,     )
                              )
        Respondent.           )

## ORDER

There being no objections filed to the Recommendation of the Magistrate Judge filed

herein on May 1, 2007 (doc. no. 6), said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that the 28 U.S.C. § 2255 motion

filed by Greathouse is DENIED, as the claims therein entitle him to no relief.

DONE, this the 31st day of May, 2007.

        _____/s/ Myron H. Thompson_____
        UNITED STATES DISTRICT JUDGE